1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
2 |   E-Mail: Tony.Sain@lewisbrisbois.com
TORI L.N. BAKKEN, SB# 329069
3 |   E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
4 |   E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
5 | Los Angeles, California 90071
Telephone: 213.250.1800
6 | Facsimile: 213.250.7900

7 | Attorneys for Defendants, COUNTY OF
RIVERSIDE, SHERIFF CHAD BIANCO,
8 | EDWARD DELGADO, JAMES
KRACHMER, and DAVID HOLM

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12 |

13 | ESTATE OF RICHARD MATUS, JR., by and through successors in interest, G.M., R.M., and Lisa Matus; G.J., a minor, by and through Guardian Ad Litem, Lisa Matus; R.M., a minor, by and through Guardian Ad Litem, Lisa Matus; LISA MATUS, individually,,

Plaintiffs,

vs.

COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; DAVID HOLM; and DOES 1 through 10, individually, jointly and severally, ,

Defendants.

Case No. 5:23-cv-00506-MEMF-SP

**ANSWER OF DEFENDANTS TO PLAINTIFFS' COMPLAINT FOR DAMAGES: JURY TRIAL DEMANDED**

FSC Date:         None Set
Trial Date:       None Set

---

25 |     Defendants COUNTY OF RIVERSIDE ("County"), SHERIFF CHAD

26 | BIANCO, EDWARD DELGADO, JAMES KRACHMER, AND DAVID HOLM

27 | (collectively "Defendants") hereby answer Plaintiffs' First Amended Complaint for

28 | Damages (Doc. 19; hereinafter referred to as the "Complaint") and Defendants

128459376.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

hereby admit, deny, and allege as follows:

## ANSWER TO COMPLAINT

1.     Answering paragraph 1 of the Complaint, under the header "Introduction": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

2.     Answering paragraph 2 of the Complaint, under the header "Introduction": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

3.     Answering paragraph 3 of the Complaint, under the header "Introduction": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

4.     Answering paragraph 4 of the Complaint, under the header "Introduction": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

5.     Answering paragraph 5 of the Complaint, under the header "Introduction": Defendants do not have sufficient knowledge, or information or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 belief, to enable Defendants to answer the allegations contained within such
2 paragraph, as stated, and on those grounds deny generally and specifically each and
3 every of the allegations contained therein – and Defendants deny all liability and/or
4 wrongdoing.

5       6.     Answering paragraph 6 of the Complaint, under the header
6 "Introduction": Defendants do not have sufficient knowledge, or information or
7 belief, to enable Defendants to answer the allegations contained within such
8 paragraph, as stated, and on those grounds deny generally and specifically each and
9 every of the allegations contained therein – and Defendants deny all liability and/or
10 wrongdoing.

11       7.     Answering paragraph 7 of the Complaint, under the header
12 "Jurisdiction and Venue": Defendants admit that jurisdiction is conferred upon this
13 Court by 28 U.S.C. §§ 1331. As to the remaining allegations in this paragraph,
14 Defendants do not have sufficient knowledge, or information or belief, to enable
15 Defendants to answer the allegations contained within such paragraph, as stated, and
16 on those grounds deny generally and specifically each and every of the allegations
17 contained therein – and Defendants deny all liability and/or wrongdoing.

18       8.     Answering paragraph 8 of the Complaint, under the header
19 "Jurisdiction and Venue": Defendants do not have sufficient knowledge, or
20 information or belief, to enable Defendants to answer the allegations contained
21 within such paragraph, as stated, and on those grounds deny generally and
22 specifically each and every of the allegations contained therein – and Defendants
23 deny all liability and/or wrongdoing.

24       9.     Answering paragraph 9 of the Complaint, under the header
25 "Jurisdiction and Venue": Defendants admit that venue is proper under 28 U.S.C. §
26 1391(b). As to the remaining allegations in this paragraph, Defendants do not have
27 sufficient knowledge, or information or belief, to enable Defendants to answer the
28 allegations contained within such paragraph, as stated, and on those grounds deny



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1

3

ANSWER

generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

10.    Answering paragraph 10 of the Complaint, under the header "Pendant Claims": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

11.    Answering paragraph 11 of the Complaint, under the header "Pendant Claims": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

12.    Answering paragraph 12 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

13.    Answering paragraph 13 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

14.    Answering paragraph 14 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

15.    Answering paragraph 15 of the Complaint, under the header "Parties":


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1

4

ANSWER

1   Defendants do not have sufficient knowledge, or information or belief, to enable

2   Defendants to answer the allegations contained within such paragraph, as stated, and

3   on those grounds deny generally and specifically each and every of the allegations

4   contained therein – and Defendants deny all liability and/or wrongdoing.

5        16.    Answering paragraph 16 of the Complaint, under the header "Parties":

6   Defendants do not have sufficient knowledge, or information or belief, to enable

7   Defendants to answer the allegations contained within such paragraph, as stated, and

8   on those grounds deny generally and specifically each and every of the allegations

9   contained therein – and Defendants deny all liability and/or wrongdoing.

10        17.    Answering paragraph 17 of the Complaint, under the header "Parties":

11   Defendants do not have sufficient knowledge, or information or belief, to enable

12   Defendants to answer the allegations contained within such paragraph, as stated, and

13   on those grounds deny generally and specifically each and every of the allegations

14   contained therein – and Defendants deny all liability and/or wrongdoing.

15        18.    Answering paragraph 18 of the Complaint, under the header "Parties":

16   Defendants do not have sufficient knowledge, or information or belief, to enable

17   Defendants to answer the allegations contained within such paragraph, as stated, and

18   on those grounds deny generally and specifically each and every of the allegations

19   contained therein – and Defendants deny all liability and/or wrongdoing.

20        19.    Answering paragraph 19 of the Complaint, under the header "Parties":

21   Defendants do not have sufficient knowledge, or information or belief, to enable

22   Defendants to answer the allegations contained within such paragraph, as stated, and

23   on those grounds deny generally and specifically each and every of the allegations

24   contained therein – and Defendants deny all liability and/or wrongdoing.

25        20.    Answering paragraph 20 of the Complaint, under the header "Parties":

26   Defendants do not have sufficient knowledge, or information or belief, to enable

27   Defendants to answer the allegations contained within such paragraph, as stated, and

28   on those grounds deny generally and specifically each and every of the allegations



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   contained therein – and Defendants deny all liability and/or wrongdoing.

2       21.    Answering paragraph 21 of the Complaint, under the header "Parties":

3   Defendants do not have sufficient knowledge, or information or belief, to enable

4   Defendants to answer the allegations contained within such paragraph, as stated, and

5   on those grounds deny generally and specifically each and every of the allegations

6   contained therein – and Defendants deny all liability and/or wrongdoing.

7       22.    Answering paragraph 22 of the Complaint, under the header "Parties":

8   Defendants do not have sufficient knowledge, or information or belief, to enable

9   Defendants to answer the allegations contained within such paragraph, as stated, and

10   on those grounds deny generally and specifically each and every of the allegations

11   contained therein – and Defendants deny all liability and/or wrongdoing.

12       23.    Answering paragraph 23 of the Complaint, under the header "Parties":

13   Defendants do not have sufficient knowledge, or information or belief, to enable

14   Defendants to answer the allegations contained within such paragraph, as stated, and

15   on those grounds deny generally and specifically each and every of the allegations

16   contained therein – and Defendants deny all liability and/or wrongdoing.

17       24.    Answering paragraph 24 of the Complaint, under the header "Parties":

18   Defendants do not have sufficient knowledge, or information or belief, to enable

19   Defendants to answer the allegations contained within such paragraph, as stated, and

20   on those grounds deny generally and specifically each and every of the allegations

21   contained therein – and Defendants deny all liability and/or wrongdoing.

22       25.    Answering paragraph 25 of the Complaint, under the header "Parties":

23   Defendants do not have sufficient knowledge, or information or belief, to enable

24   Defendants to answer the allegations contained within such paragraph, as stated, and

25   on those grounds deny generally and specifically each and every of the allegations

26   contained therein – and Defendants deny all liability and/or wrongdoing.

27       26.    Answering paragraph 26 of the Complaint, under the header "Parties":

28   Defendants do not have sufficient knowledge, or information or belief, to enable

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1

ANSWER

1   Defendants to answer the allegations contained within such paragraph, as stated, and

2   on those grounds deny generally and specifically each and every of the allegations

3   contained therein – and Defendants deny all liability and/or wrongdoing.

4        27.    Answering paragraph 27 of the Complaint, under the header "Parties":

5   Defendants do not have sufficient knowledge, or information or belief, to enable

6   Defendants to answer the allegations contained within such paragraph, as stated, and

7   on those grounds deny generally and specifically each and every of the allegations

8   contained therein – and Defendants deny all liability and/or wrongdoing.

9        28.    Answering paragraph 28 of the Complaint, under the header "Parties":

10  Defendants do not have sufficient knowledge, or information or belief, to enable

11  Defendants to answer the allegations contained within such paragraph, as stated, and

12  on those grounds deny generally and specifically each and every of the allegations

13  contained therein – and Defendants deny all liability and/or wrongdoing.

14       29.    Answering paragraph 29 of the Complaint, under the header "Parties":

15  Defendants do not have sufficient knowledge, or information or belief, to enable

16  Defendants to answer the allegations contained within such paragraph, as stated, and

17  on those grounds deny generally and specifically each and every of the allegations

18  contained therein – and Defendants deny all liability and/or wrongdoing.

19       30.    Answering paragraph 30 of the Complaint, under the header "Parties":

20  Defendants do not have sufficient knowledge, or information or belief, to enable

21  Defendants to answer the allegations contained within such paragraph, as stated, and

22  on those grounds deny generally and specifically each and every of the allegations

23  contained therein – and Defendants deny all liability and/or wrongdoing.

24       31.    Answering paragraph 31 of the Complaint, under the header "Factual

25  Allegations Common to All Causes of Action": Defendants do not have sufficient

26  knowledge, or information or belief, to enable Defendants to answer the allegations

27  contained within such paragraph, as stated, and on those grounds deny generally and

28  specifically each and every of the allegations contained therein – and Defendants



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   deny all liability and/or wrongdoing.

2       32.     Answering paragraph 32 of the Complaint, under the header "Factual
3   Allegations Common to All Causes of Action": Defendants do not have sufficient
4   knowledge, or information or belief, to enable Defendants to answer the allegations
5   contained within such paragraph, as stated, and on those grounds deny generally and
6   specifically each and every of the allegations contained therein – and Defendants
7   deny all liability and/or wrongdoing.

8       33.     Answering paragraph 33 of the Complaint, under the header "Factual
9   Allegations Common to All Causes of Action": Defendants do not have sufficient
10  knowledge, or information or belief, to enable Defendants to answer the allegations
11  contained within such paragraph, as stated, and on those grounds deny generally and
12  specifically each and every of the allegations contained therein – and Defendants
13  deny all liability and/or wrongdoing.

14      34.     Answering paragraph 34 of the Complaint, under the header "Factual
15  Allegations Common to All Causes of Action": Defendants do not have sufficient
16  knowledge, or information or belief, to enable Defendants to answer the allegations
17  contained within such paragraph, as stated, and on those grounds deny generally and
18  specifically each and every of the allegations contained therein – and Defendants
19  deny all liability and/or wrongdoing.

20      35.     Answering paragraph 35 of the Complaint, under the header "Factual
21  Allegations Common to All Causes of Action": Defendants do not have sufficient
22  knowledge, or information or belief, to enable Defendants to answer the allegations
23  contained within such paragraph, as stated, and on those grounds deny generally and
24  specifically each and every of the allegations contained therein – and Defendants
25  deny all liability and/or wrongdoing.

26      36.     Answering paragraph 36 of the Complaint, under the header "Factual
27  Allegations Common to All Causes of Action": Defendants do not have sufficient
28  knowledge, or information or belief, to enable Defendants to answer the allegations



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

37.     Answering paragraph 37 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

38.     Answering paragraph 38 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

39.     Answering paragraph 39 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

40.     Answering paragraph 40 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

41.     Answering paragraph 41 of the Complaint, under the header "Factual

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

ANSWER

Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

42.     Answering paragraph 42 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

43.     Answering paragraph 43 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

44.     Answering paragraph 44 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

45.     Answering paragraph 45 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 therein – and Defendants deny all liability and/or wrongdoing.

2      46.    Answering paragraph 46 of the Complaint, under the header "Factual

3 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

4 not have sufficient knowledge, or information or belief, to enable Defendants to

5 answer the allegations contained within such paragraph, as stated, and on those

6 grounds deny generally and specifically each and every of the allegations contained

7 therein – and Defendants deny all liability and/or wrongdoing.

8      47.    Answering paragraph 47 of the Complaint, under the header "Factual

9 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

10 not have sufficient knowledge, or information or belief, to enable Defendants to

11 answer the allegations contained within such paragraph, as stated, and on those

12 grounds deny generally and specifically each and every of the allegations contained

13 therein – and Defendants deny all liability and/or wrongdoing.

14      48.    Answering paragraph 48 of the Complaint, under the header "Factual

15 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

16 not have sufficient knowledge, or information or belief, to enable Defendants to

17 answer the allegations contained within such paragraph, as stated, and on those

18 grounds deny generally and specifically each and every of the allegations contained

19 therein – and Defendants deny all liability and/or wrongdoing.

20      49.    Answering paragraph 49 of the Complaint, under the header "Factual

21 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

22 not have sufficient knowledge, or information or belief, to enable Defendants to

23 answer the allegations contained within such paragraph, as stated, and on those

24 grounds deny generally and specifically each and every of the allegations contained

25 therein – and Defendants deny all liability and/or wrongdoing.

26      50.    Answering paragraph 50 of the Complaint, under the header "Factual

27 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

28 not have sufficient knowledge, or information or belief, to enable Defendants to



answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

51. Answering paragraph 51 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

52. Answering paragraph 52 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

53. Answering paragraph 53 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

54. Answering paragraph 54 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

55. Answering paragraph 55 of the Complaint, under the header "Factual

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

56.     Answering paragraph 56 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

57.     Answering paragraph 57 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

58.     Answering paragraph 58 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

59.     Answering paragraph 59 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

therein – and Defendants deny all liability and/or wrongdoing.

60.     Answering paragraph 60 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

61.     Answering paragraph 61 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

62.     Answering paragraph 62 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

63.     Answering paragraph 63 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

64.     Answering paragraph 64 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**14**
ANSWER

1   answer the allegations contained within such paragraph, as stated, and on those
2   grounds deny generally and specifically each and every of the allegations contained
3   therein – and Defendants deny all liability and/or wrongdoing.

4        65.   Answering paragraph 65 of the Complaint, under the header "Factual
5   Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
6   not have sufficient knowledge, or information or belief, to enable Defendants to
7   answer the allegations contained within such paragraph, as stated, and on those
8   grounds deny generally and specifically each and every of the allegations contained
9   therein – and Defendants deny all liability and/or wrongdoing.

10       66.   Answering paragraph 66 of the Complaint, under the header "Factual
11  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
12  not have sufficient knowledge, or information or belief, to enable Defendants to
13  answer the allegations contained within such paragraph, as stated, and on those
14  grounds deny generally and specifically each and every of the allegations contained
15  therein – and Defendants deny all liability and/or wrongdoing.

16       67.   Answering paragraph 67 of the Complaint, under the header "Factual
17  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
18  not have sufficient knowledge, or information or belief, to enable Defendants to
19  answer the allegations contained within such paragraph, as stated, and on those
20  grounds deny generally and specifically each and every of the allegations contained
21  therein – and Defendants deny all liability and/or wrongdoing.

22       68.   Answering paragraph 68 of the Complaint, under the header "Factual
23  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
24  not have sufficient knowledge, or information or belief, to enable Defendants to
25  answer the allegations contained within such paragraph, as stated, and on those
26  grounds deny generally and specifically each and every of the allegations contained
27  therein – and Defendants deny all liability and/or wrongdoing.

28       69.   Answering paragraph 69 of the Complaint, under the header "Factual

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

70.　　Answering paragraph 70 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

71.　　Answering paragraph 71 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

72.　　Answering paragraph 72 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

73.　　Answering paragraph 73 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   deny all liability and/or wrongdoing.

2       74.     Answering paragraph 74 of the Complaint, under the header

3   "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient

4   knowledge, or information or belief, to enable Defendants to answer the allegations

5   contained within such paragraph, as stated, and on those grounds deny generally and

6   specifically each and every of the allegations contained therein – and Defendants

7   deny all liability and/or wrongdoing.

8       75.     Answering paragraph 75 of the Complaint, under the header

9   "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient

10  knowledge, or information or belief, to enable Defendants to answer the allegations

11  contained within such paragraph, as stated, and on those grounds deny generally and

12  specifically each and every of the allegations contained therein – and Defendants

13  deny all liability and/or wrongdoing.

14      76.     Answering paragraph 76 of the Complaint, under the header

15  "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient

16  knowledge, or information or belief, to enable Defendants to answer the allegations

17  contained within such paragraph, as stated, and on those grounds deny generally and

18  specifically each and every of the allegations contained therein – and Defendants

19  deny all liability and/or wrongdoing.

20      77.     Answering paragraph 77 of the Complaint, under the header

21  "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient

22  knowledge, or information or belief, to enable Defendants to answer the allegations

23  contained within such paragraph, as stated, and on those grounds deny generally and

24  specifically each and every of the allegations contained therein – and Defendants

25  deny all liability and/or wrongdoing.

26      78.     Answering paragraph 78 of the Complaint, under the header "First

27  Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions

28  and denials contained in the foregoing Answer which are set forth to each and every


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

allegation contained in paragraphs 1 through 77, inclusive, of the Complaint.

79. Answering paragraph 79 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

80. Answering paragraph 80 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

81. Answering paragraph 81 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

82. Answering paragraph 82 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

83. Answering paragraph 83 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1

18

ANSWER

paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

84.     Answering paragraph 84 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

85.     Answering paragraph 85 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

86.     Answering paragraph 86 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

87.     Answering paragraph 87 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

88.     Answering paragraph 88 of the Complaint, under the header "First

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1                                    19
                                            ANSWER

Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

89.    Answering paragraph 89 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

90.    Answering paragraph 90 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

91.    Answering paragraph 91 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

92.    Answering paragraph 92 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   wrongdoing.

2        93.    Answering paragraph 93 of the Complaint, under the header "First

3   Cause of Action": Defendants do not have sufficient knowledge, or information or

4   belief, to enable Defendants to answer the allegations contained within such

5   paragraph, as stated, and on those grounds deny generally and specifically each and

6   every of the allegations contained therein – and Defendants deny all liability and/or

7   wrongdoing.

8        94.    Answering paragraph 94 of the Complaint, under the header "First

9   Cause of Action": Defendants do not have sufficient knowledge, or information or

10   belief, to enable Defendants to answer the allegations contained within such

11   paragraph, as stated, and on those grounds deny generally and specifically each and

12   every of the allegations contained therein – and Defendants deny all liability and/or

13   wrongdoing.

14        95.    Answering paragraph 95 of the Complaint, under the header "Second

15   Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions

16   and denials contained in the foregoing Answer which are set forth to each and every

17   allegation contained in paragraphs 1 through 94, inclusive, of the Complaint.

18        96.    Answering paragraph 96 of the Complaint, under the header "Second

19   Cause of Action": Defendants do not have sufficient knowledge, or information or

20   belief, to enable Defendants to answer the allegations contained within such

21   paragraph, as stated, and on those grounds deny generally and specifically each and

22   every of the allegations contained therein – and Defendants deny all liability and/or

23   wrongdoing.

24        97.    Answering paragraph 97 of the Complaint, under the header "Second

25   Cause of Action": Defendants do not have sufficient knowledge, or information or

26   belief, to enable Defendants to answer the allegations contained within such

27   paragraph, as stated, and on those grounds deny generally and specifically each and

28   every of the allegations contained therein – and Defendants deny all liability and/or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  wrongdoing.

2      98.     Answering paragraph 98 of the Complaint, under the header "Second

3  Cause of Action": Defendants do not have sufficient knowledge, or information or

4  belief, to enable Defendants to answer the allegations contained within such

5  paragraph, as stated, and on those grounds deny generally and specifically each and

6  every of the allegations contained therein – and Defendants deny all liability and/or

7  wrongdoing.

8      99.     Answering paragraph 99 of the Complaint, under the header "Second

9  Cause of Action": Defendants do not have sufficient knowledge, or information or

10 belief, to enable Defendants to answer the allegations contained within such

11 paragraph, as stated, and on those grounds deny generally and specifically each and

12 every of the allegations contained therein – and Defendants deny all liability and/or

13 wrongdoing.

14     100.    Answering paragraph 100 of the Complaint, under the header "Second

15 Cause of Action": Defendants do not have sufficient knowledge, or information or

16 belief, to enable Defendants to answer the allegations contained within such

17 paragraph, as stated, and on those grounds deny generally and specifically each and

18 every of the allegations contained therein – and Defendants deny all liability and/or

19 wrongdoing.

20     101.    Answering paragraph 101 of the Complaint, under the header "Second

21 Cause of Action": Defendants do not have sufficient knowledge, or information or

22 belief, to enable Defendants to answer the allegations contained within such

23 paragraph, as stated, and on those grounds deny generally and specifically each and

24 every of the allegations contained therein – and Defendants deny all liability and/or

25 wrongdoing.

26     102.    Answering paragraph 102 of the Complaint, under the header "Second

27 Cause of Action": Defendants do not have sufficient knowledge, or information or

28 belief, to enable Defendants to answer the allegations contained within such


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

103.   Answering paragraph 103 of the Complaint, under the header "Third Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 102, inclusive, of the Complaint.

104.   Answering paragraph 104 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

105.   Answering paragraph 105 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

106.   Answering paragraph 106 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

107.   Answering paragraph 107 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

108.   Answering paragraph 108 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

109.   Answering paragraph 109 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

110.   Answering paragraph 110 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

111.   Answering paragraph 111 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

112.   Answering paragraph 112 of the Complaint, under the header "Third

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1

24

ANSWER

Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

113.   Answering paragraph 113 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

114.   Answering paragraph 114 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

115.   Answering paragraph 115 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

116.   Answering paragraph 116 of the Complaint, under the header "Fourth Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 115, inclusive, of the Complaint.

117.   Answering paragraph 117 of the Complaint, under the header "Fourth

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

118.   Answering paragraph 118 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

119.   Answering paragraph 119 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

120.   Answering paragraph 120 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

121.   Answering paragraph 121 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    wrongdoing.

2        122.   Answering paragraph 122 of the Complaint, under the header "Fourth

3    Cause of Action": Defendants do not have sufficient knowledge, or information or

4    belief, to enable Defendants to answer the allegations contained within such

5    paragraph, as stated, and on those grounds deny generally and specifically each and

6    every of the allegations contained therein – and Defendants deny all liability and/or

7    wrongdoing.

8        123.   Answering paragraph 123 of the Complaint, under the header "Fourth

9    [sic] Cause of Action": Defendants repeat, reiterate, and re-allege all of the

10   admissions and denials contained in the foregoing Answer which are set forth to

11   each and every allegation contained in paragraphs 1 through 122, inclusive, of the

12   Complaint.

13       124.   Answering paragraph 124 of the Complaint, under the header "Fourth

14   [sic] Cause of Action": Defendants do not have sufficient knowledge, or information

15   or belief, to enable Defendants to answer the allegations contained within such

16   paragraph, as stated, and on those grounds deny generally and specifically each and

17   every of the allegations contained therein – and Defendants deny all liability and/or

18   wrongdoing.

19       125.   Answering paragraph 125 of the Complaint, under the header "Fourth

20   [sic] Cause of Action": Defendants do not have sufficient knowledge, or information

21   or belief, to enable Defendants to answer the allegations contained within such

22   paragraph, as stated, and on those grounds deny generally and specifically each and

23   every of the allegations contained therein – and Defendants deny all liability and/or

24   wrongdoing.

25       126.   Answering paragraph 126 of the Complaint, under the header "Fourth

26   [sic] Cause of Action": Defendants do not have sufficient knowledge, or information

27   or belief, to enable Defendants to answer the allegations contained within such

28   paragraph, as stated, and on those grounds deny generally and specifically each and


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

127. Answering paragraph 127 of the Complaint, under the header "Fourth [sic] Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

128. Answering paragraph 128 of the Complaint, under the header "Fourth [sic] Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

129. Answering paragraph 129 of the Complaint, under the header "Fourth [sic] Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

130. Answering paragraph 130 of the Complaint, under the header "Fourth [sic] Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

131. Answering paragraph 131 of the Complaint, under the header "Fourth [sic] Cause of Action": Defendants do not have sufficient knowledge, or information

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

ANSWER

1   or belief, to enable Defendants to answer the allegations contained within such

2   paragraph, as stated, and on those grounds deny generally and specifically each and

3   every of the allegations contained therein – and Defendants deny all liability and/or

4   wrongdoing.

5       132.   Answering paragraph 132 of the Complaint, under the header "Sixth

6   Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions

7   and denials contained in the foregoing Answer which are set forth to each and every

8   allegation contained in paragraphs 1 through 131, inclusive, of the Complaint.

9       133.   Answering paragraph 133 of the Complaint, under the header "Sixth

10  Cause of Action": Defendants do not have sufficient knowledge, or information or

11  belief, to enable Defendants to answer the allegations contained within such

12  paragraph, as stated, and on those grounds deny generally and specifically each and

13  every of the allegations contained therein – and Defendants deny all liability and/or

14  wrongdoing.

15      134.   Answering paragraph 134 of the Complaint, under the header "Sixth

16  Cause of Action": Defendants do not have sufficient knowledge, or information or

17  belief, to enable Defendants to answer the allegations contained within such

18  paragraph, as stated, and on those grounds deny generally and specifically each and

19  every of the allegations contained therein – and Defendants deny all liability and/or

20  wrongdoing.

21      135.   Answering paragraph 135 of the Complaint, under the header "Sixth

22  Cause of Action": Defendants do not have sufficient knowledge, or information or

23  belief, to enable Defendants to answer the allegations contained within such

24  paragraph, as stated, and on those grounds deny generally and specifically each and

25  every of the allegations contained therein – and Defendants deny all liability and/or

26  wrongdoing.

27      136.   Answering paragraph 136 of the Complaint, under the header "Sixth

28  Cause of Action": Defendants do not have sufficient knowledge, or information or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

137.   Answering paragraph 137 of the Complaint, under the header "Sixth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

138.   Answering paragraph 138 of the Complaint, under the header "Sixth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

139.   Answering paragraph 139 of the Complaint, under the header "Seventh Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 138, inclusive, of the Complaint.

140.   Answering paragraph 140 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

141.   Answering paragraph 141 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1

30

ANSWER

belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

142.   Answering paragraph 142 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

143.   Answering paragraph 143 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

144.   Answering paragraph 144 of the Complaint, under the header "Eighth Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 143, inclusive, of the Complaint.

145.   Answering paragraph 145 of the Complaint, under the header "Eighth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

146.   Answering paragraph 146 of the Complaint, under the header "Eighth Cause of Action": Defendants do not have sufficient knowledge, or information or

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

147.   Answering paragraph 147 of the Complaint, under the header "Eighth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

148.   Answering paragraph 148 of the Complaint, under the header "Ninth Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 147, inclusive, of the Complaint.

149.   Answering paragraph 149 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

150.   Answering paragraph 150 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

151.   Answering paragraph 151 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or

ANSWER

belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

152.    Answering paragraph 152 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

153.    Answering paragraph 153 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

154.    Answering paragraph 154 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

155.    Answering paragraph 155 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   156.   Answering paragraph 156 of the Complaint, under the header "Ninth
2   Cause of Action": Defendants do not have sufficient knowledge, or information or
3   belief, to enable Defendants to answer the allegations contained within such
4   paragraph, as stated, and on those grounds deny generally and specifically each and
5   every of the allegations contained therein – and Defendants deny all liability and/or
6   wrongdoing.

7   157.   Answering paragraph 157 of the Complaint, under the header "Tenth
8   Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions
9   and denials contained in the foregoing Answer which are set forth to each and every
10  allegation contained in paragraphs 1 through 156, inclusive, of the Complaint.

11  158.   Answering paragraph 158 of the Complaint, under the header "Tenth
12  Cause of Action": Defendants do not have sufficient knowledge, or information or
13  belief, to enable Defendants to answer the allegations contained within such
14  paragraph, as stated, and on those grounds deny generally and specifically each and
15  every of the allegations contained therein – and Defendants deny all liability and/or
16  wrongdoing.

17  159.   Answering paragraph 159 of the Complaint, under the header "Tenth
18  Cause of Action": Defendants do not have sufficient knowledge, or information or
19  belief, to enable Defendants to answer the allegations contained within such
20  paragraph, as stated, and on those grounds deny generally and specifically each and
21  every of the allegations contained therein – and Defendants deny all liability and/or
22  wrongdoing.

23  160.   Answering paragraph 160 of the Complaint, under the header "Tenth
24  Cause of Action": Defendants do not have sufficient knowledge, or information or
25  belief, to enable Defendants to answer the allegations contained within such
26  paragraph, as stated, and on those grounds deny generally and specifically each and
27  every of the allegations contained therein – and Defendants deny all liability and/or
28  wrongdoing.


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

161.   Answering paragraph 161 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

162.   Answering paragraph 162 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

163.   Answering paragraph 163 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

164.   Answering paragraph 164 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

165.   Answering paragraph 165 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

166.    Answering paragraph 166 of the Complaint, under the header "Eleventh Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 165, inclusive, of the Complaint.

167.    Answering paragraph 167 of the Complaint, under the header "Eleventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

168.    Answering paragraph 168 of the Complaint, under the header "Eleventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

169.    Answering Plaintiffs' Prayer for relief, Defendants deny all liability to Plaintiffs, including, but not limited to, all liability for any and all damages, an including, but not limited to, compensatory damages; statutory damages; attorneys' fees; costs of any kind; punitive and exemplary damages against Defendants; and/or for any relief of any kind from Defendants to Plaintiffs.



## AFFIRMATIVE DEFENSES

1.     As separate and affirmative defenses, Defendant alleges as follows[1]:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State Claim, Statute of Limitations)

2.     Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

3.     Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

4.     Plaintiffs' claims are time-barred by the operative statutes of limitations (including, but not limited to, Cal. Code Civ. Proc. § 335.1).

### SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

5.     This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including, but not limited to, §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 946.6, 950.2, and 950.6, to the extent applicable.

6.     The Complaint is barred based on Plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

### THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

7.     Defendants allege that Plaintiffs' action is barred by reason of conduct, actions, and inactions of Plaintiffs which amount to and constitute waiver of any right Plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiffs from recovery in this action,

---

[1] For purposes of affirmative defenses, affirmative defenses that reference "Plaintiffs" shall also be construed to apply, wherever feasible, to Plaintiffs' decedent.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

including, but not limited to, the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.      Plaintiffs' claims are barred or limited to the extent Plaintiffs failed to mitigate Plaintiffs' injuries or damages, if there were any.  Plaintiffs failed to mitigate the damages, if any, which Plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiffs failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and any failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

9.      Plaintiffs' claims are barred or limited by Plaintiffs' contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any Plaintiffs suffered any injury or damages, it was the result of Plaintiffs' own negligent or deliberate actions or omissions.

10.     Plaintiffs' recovery is barred because any injury or damage suffered by Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct and the willful resistance to a peace officer in the discharge of their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith believe that it was correct and no action may be taken against the answering Defendant on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

11.     Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person.  Cal. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

12.     The answering Defendants are informed and believe and thereon allege

1  that if Plaintiffs sustained any injury or damages, such injury or damages were
2  solely caused or contributed to by the wrongful conduct of other entities or persons
3  other than the answer Defendants.  To the extent that Plaintiffs' damages were so
4  caused, any recovery by Plaintiffs as against the answer Defendants should be
5  subject to proportionately comparative equitable indemnity/contribution from such
6  third parties.

### SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

9      13.    There is no liability for any injury or damages, if there were any,
10 resulting from an exercise of discretion vested in a public employee, whether or not
11 such discretion as abused.  Cal. Gov. Code §§ 815.2, 820.2, 820.4, 820.8, *et seq.*

12     14.    Plaintiffs' recovery is barred because public entities and employees are
13 immune from liability for discharging their mandatory duties with reasonable
14 diligence.

15     15.    A public employee may not be held liable for injuries or damages, if
16 any, caused by failure to adopt or by adoption of an enactment or by failure to
17 enforce an enactment and/or law, for an injury caused by their issuance, denial,
18 suspension or revocation or by their failure or refusal to issue, deny, suspend, or
19 revoke, any permit, license, certificate, approval, order, or similar authorization,
20 where they are authorized by enactment to determine whether or not such
21 authorization should be issued, denied, suspended, or revoked, pursuant to Cal. Gov.
22 Code §§ 818.2, 818.4, 818.8, 821, and 821.2.  Based thereon, answering Defendants
23 are immune from liability for any injuries claimed by Plaintiffs, herein.

24     16.    The answering Defendants are immune for any detriment resulting
25 from any of its actions or omissions at the time of the incident of which Plaintiffs
26 complain pursuant to Cal. Gov. Code §§ 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and
27 845 *et seq.*, including, but not limited to, Cal Gov. Code §§ 810, 810.2, 810.4,
28 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Cal. Gov. Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8, and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE
### (Public Entity Immunity)

17.     To the extent that the Complaint attempts to predicate liability upon the County or any employees thereof for purported negligent in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Cal. Gov. Code §§ 815.2 and 820.2 and *Herndon v. Cnty. of Marin*, 25 Cal. App. 3d 933, 935, 936 (1972), *rev'd on other grounds by Sullivan v. Cnty. of Los Angeles*, 12 Cal. 3d 710 (1974); and by lack of any duty running to any Plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to the proximate or legal cause of any injury alleged in the Complaint. *See de Villers v. Cnty. of San Diego*, 156 Cal. App. 4th 238, 251-253, 255-56 (2007).

18.     The Defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Gov. Code §§ 844.6, 845.6; Cal. Civ. Code § 2351; *Malloy v. Fong¸*37 Cal. 2d 356, 378-79 (1951); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *Larez v. City of Los Angeles*, 946 F.2d 630, 645-46 (9th Cir. 1991); *cf. City of Canton v. Harris*, 489 U.S. 378, 388-89 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE
### (Qualified Immunity & Good Faith Immunity)

19.     The County and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances.  Defendant therefore asserts any individual defendants' (that have been or may be named by Plaintiffs) qualified immunity from liability to the fullest extent applicable.



20.    Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights.  Defendants are also immune from liability under the doctrine of Qualified Immunity.

21.    At all relevant times, the County and its agents or officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald*, 457 U.S. 800 (1982); Cal Gov. Code §§ 815.2, 820.2.

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

22.    At the time and place referred to in the Complaint, and before such event, Plaintiffs knew, appreciated, and understood each and every risk involved in placing themselves in the position which Plaintiffs then assumed, and willingly, knowingly, and voluntarily assumed each of such risk, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of rights, and/or death.

## JURY DEMAND

23.    Defendants demand a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendants pray as follows:

1.    That the Complaint be dismissed, with prejudice, and in its entirety;


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2.     That Plaintiffs take nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3.     That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

4.     That Defendants be awarded such other relief as the Court deems just.

DATED:  August 23, 2023          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:      *Tori L.N. Bakken*
_____
TONY M. SAIN
TORI L. N. BAKKEN
Attorneys for Defendant, COUNTY OF
RIVERSIDE, et al.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# FEDERAL COURT PROOF OF SERVICE
Estate of Richard Matus, Jr., et al. v. County of Riverside, et al.
USDC/Central District Case No. 5:23-cv-00506-CAS-SP

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 23, 2023, I served the following document(s): **ANSWER OF DEFENDANTS TO PLAINTIFFS' COMPLAINT FOR DAMAGES: JURY TRIAL DEMANDED**

I served the documents on the following persons at the following addresses (including fax fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Denisse O. Gastélum, SBN 282771<br>GASTELUM LAW, APC<br>A PROFESSIONAL CORPORATION<br>3767 Worsham Ave.<br>Long Beach, California 90808<br>Tel: (213) 340-6112<br>Fax: (213) 402-8622<br>Email: dgastelum@gastelumfirm.com | Christian Contreras, SBN 330269<br>THE LAW OFFICES OF<br>CHRISTIAN CONTRERAS<br>PROFESSIONAL LAW<br>CORPORATION<br>360 E. 2nd St., 8th Floor<br>Los Angeles, California 90012<br>Tel: (323) 435-8000<br>Fax: (323) 597-0101<br>Email: CC@Contreras-Law.com |

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 23, 2023, at Los Angeles, California.

/s/ *Curfew F. Wilson*

Curfew F. Wilson

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

128459376.1

1
ANSWER